Case 1:25-cr-00300-AHA   Document 1-1

Case: 1:25-mj-00183
Assigned To: Judge Harvey, G. Michael
Assign. Date: 8/27/2025
Description: COMPLAINT W/ARREST WARRANT

STATEMENT OF FACTS

1. As reported in Metropolitan Police Department ("MPD") Criminal Case Number ("CCN") 25-130-529, on August 26, 2025, at approximately 11:58 p.m., officers assigned to the DC Safe and Beautiful Task Force were patrolling the area of 5500 9th Street, N.W., Washington, D.C., when they observed Zavier Hill ("HILL") walking in the south alley of 900 Longfellow, N.W.  The officers were driving in an unmarked vehicle.

2.  Officer Wilson observed HILL wearing all black clothing, but with the shirt decorated with sequins.

3. Upon noticing the officers, HILL dipped downward and appeared to drop something on the porch of 5512 9th Street Northwest.  There were no other people in the alley.

4. Officer Al-Shrawi observed HILL then turn north in the 5500 block of 9th Street, N.W.   Officer Al-Shrawi observed HILL run west in the 900 block of Longfellow.

5. Officer Al-Shrawi and other officers immediately entered the alley that HILL just left.  Officer Al-Shrawi observed a firearm, which was a Ruger LCR .38 Special TP revolver, on the porch of 5512 9th Street, N.W.



6. The firearm had five rounds of ammunition in the cylinder. The firearm was later determined to be fully functional with a barrel less that 12 inches capable of discharging a projectile by an explosion while being held with one hand.

7. Officer DelBorrell stopped HILL in the 900 block of Longwell. Officer Wilson went to the location and identified HILL as the person seen in the alley.

8. When asked by the police if he had a license to carry a gun, HILL indicated that he did not have a license.

9. HILL was then placed under arrest. While waiting for a transport vehicle, HILL stated, "I know that my sh*t" and "at the end of the day fool, I'm not from here so I'm gonna keep something on me. I am gonna carry me some protection because there's kids out here don't give a fu*k."

10. HILL was interviewed by your affiant and another agent with ATF after waiving his Miranda rights at the Second Police District. HILL's statement was recorded by videotape. HILL stated that he had the firearm for "protection" from dangerous individuals in the neighborhood. HILL explained that he "tossed" the gun when he observed the police. HILL indicated that he found the firearm but had a friend purchase ammunition for him in Virginia. Finally, HILL stated that he had the "little revolver" for about "a year."

11. Your affiant is aware that, at the time of his arrest, HILL had previously been convicted of a crime punishable by more than one year in prison. Specifically in 2009, HILL was convicted of Fleeing or Attempting to Elude a Police Officer in Douglas County Superior Court in Georgia, Case Number GA048015J and sentenced to five years of confinement with credit for time served.

12. Accordingly, HILL would have been aware that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year at the time he possessed the firearm and ammunition in this incident.

13. Your affiant is aware there are no firearm, or ammunition manufacturers in the District of Columbia, and therefore, the firearm and ammunition would have necessarily traveled in interstate commerce.

14. As such, your affiant respectfully submits that there is probable cause to find that, on August 26, 2025, in the District of Columbia, HILL committed the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

SA JAZZMIN NEAL
Alcohol, Tabacco and Firearms

SWORN AND SUBCRIBED TO ME ON
AUGUST 27, 2025

G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE